UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION AT PIKEVILLE

| | |
|---|---|
| **JERRY RAY SHEPHERD** | **CIVIL ACTION NO. 7:15-CV-100-KKC** |
| Plaintiff, | |
| V. | **JUDGMENT** |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | |
| Defendant. | |

\* \* \* \* \* \* \*

In accordance with the opinion and order entered on this date, the Court hereby ORDERS and ADJUDGES as follows:

1. The decision of the Commissioner is AFFIRMED pursuant to sentence four of 42 U.S.C. § 405(g) as it was supported by substantial evidence and was decided by proper legal standards;

2) this matter is DISMISSED and STRICKEN from the Court's active docket; and

3) this judgment is FINAL and APPEALABLE.

Dated March 29, 2017.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY